UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>LUIS ROBLES, et al. | Case No.<br>3:06cr120 (SRU) |

## CONFERENCE MEMORANDUM

On October 19, 2006, I held a phone conference on the record with Gordon Hall and James Smart, representing the government, and John R. Gulash, Jr. representing Luis Robles, Robert A. Lacobell representing Raul Reyes, Frank J. Riccio and Frank J Riccio, II representing Abraham Pabon, Francis L. O'Reilly representing Ignacio Vasquez, Peter J. Schaffer representing Michael Harding, and Wayne R. Keeney representing Fonzie Davis. The purpose of the conference was to discuss pending motions and secheduling.

Two of the defendants have moved to continue the trial. I set February 5, 2007 as the new trial date with jury selection to begin on February 2, 2007.

Additionally, Raul Reyes has filed a motion to suppress evidence. That motion hearing was continued because Gordon Hall has been unable to contact the federal agent with the relevant information. The parties agreed to coordinate with each other after Gordon Hall contacts the agent to find a convenient date for the hearing.

Dated at Bridgeport, Connecticut, this 19th day of October 2006.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge